IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:02CR3 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| RICK OLIVER, | ) | |
| | ) | |
| Defendant, | ) | |

Pursuant to the Memorandum and Order entered on this date, judgment is entered in favor of the government and against the defendant. The defendant's Motion under 28 U.S.C. § 2255, Filing No. 20, is dismissed, with prejudice.

DATED this 18th day of July, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
Joseph F, Bataillon
United States District Judge